FILE COPY



## Court of Appeals

BRIAN QUINN
Chief Justice

JAMES T. CAMPBELL
Justice

MACKEY K. HANCOCK
Justice

PATRICK A. PIRTLE
Justice

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

VIVIAN LONG
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

January 13, 2015

Kevin Fulton
THE FULTON LAW OFFICE PLLC
2500 East T.C. Jester, Suite 101
Houston, TX 77008
* DELIVERED VIA E-MAIL *

Leif Olson
THE OLSON FIRM, PLLC
4830 Wilson Rd., Ste. 300
PMB 188
Humble, TX 77396
* DELIVERED VIA E-MAIL *

Joshua J. Benn
Attorney at Law
3608 E 29th St., Suite 112
Bryan, TX 77802
* DELIVERED VIA E-MAIL *

**RE:** Case Number: 07-14-00137-CV, 07-14-00147-CV
Trial Court Case Number: 4995-B, 4999-B

**Style:** College Station Terrace Pines Apartments v. Danny Laird

Dear Counsel:

Appellee's brief is filed on Monday, January 12, 2015.

Very truly yours,

*Vivian Long*

VIVIAN LONG, CLERK